CODY Z. WINCHESTER (7197)
JARED L. CHERRY (11534)
**PHILLIPS WINCHESTER, LLC**
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Tel: (801) 935-4932
Fax: (801) 935-4936
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| **EVERMORE PARK, LLC**, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>**TAYLOR SWIFT**, an individual, **TAS RIGHTS MANAGEMENT, LLC**, a Tennessee Limited Liability Company, and **TAYLOR NATION, LLC**, a Tennessee Limited Liability Company,<br><br>Defendants. | Civil Action No.: 2:21-cv-00069<br><br>Honorable: Magistrate Judge Daphne A. Oberg |

**DECLARATION OF ANDREA MEASOM**

I, Andrea Measom, declare under penalty of perjury of the laws of the United States that the following is true and correct and that I have personal knowledge of the following facts:

1. I am the director of human resources of Evermore Park, LLC ("Evermore").

2. After December 10, 2020, guests at Evermore Park asked me whether the Evermore Album was the result of a collaboration between Evermore and Taylor Swift or some other type of relationship.

Dated: 2/1/2021

_____
Andrea Measom