*teen*VOGUE

STYLE  POLITICS  CULTURE  MORE





DIA DIPASUPIL/GETTY IMAGES

Shopping

 STYLE  POLITICS  CULTURE  MORE

Remix

Happy birthday to Taylor…and the fans!



BY **DE ELIZABETH**

DECEMBER 13, 2020

  

All products featured on Teen Vogue are independently selected by our editors. However, when you buy something through our retail links, we may earn an affiliate commission.

It might be Taylor Swift's birthday, but her fans are arguably the ones being showered with gifts.

Mere days after announcing her unexpected ninth studio album *evermore*, Taylor is back with a couple of new surprises — just in time for her 31st birthday on December 13. "Not to be all 'iTs mY BiRtHdAY & I jUsT wAnNa DaNcE' but… it is and I do," Taylor wrote on social media Sunday morning before announcing a brand-new version of her latest single "willow" (AKA the first track off of *evermore*). "So here's the willow dancing witch version, remixed by Elvira, a badass female producer I really respect," she added.



STYLE    POLITICS    CULTURE    MORE



The remix is a more upbeat, electrified version of the previous track we've been playing on repeat all weekend — and it's definitely the perfect backdrop for having a magical dance party with your coven. Add that to the list of things I plan to do in the After Times!

---

TRENDING NOW

**Taylor Swift's New Single "Gorgeous" DECODED | The Teen Vogue Take**



In addition to the updated rendition of "willow," Taylor's website has been affixed with brand-new, limited edition *evermore* merch — including a birthday jewelry collection with nods to her new music.

With the "arcade ring," ($35) fans can sport two delicate starbursts on their finger; the antique finish ring is inlaid with gilson fire blue opal and a scattering of crystals. And if you want to round off the pairing, there's also the "opal eyes" earring set ($30), composed of starburst studs in the same shape and color as the ring.



the "arcade ring"

Taylor Swift Store   $35

SHOP NOW



**the "opal eyes" earring set**

Taylor Swift Store   **$30**

SHOP NOW

Taylor's new *evermore* merch selection also includes a hunter green "life was a willow" long sleeve t-shirt, socks with the words "tolerate it," and an aptly titled "fancy sh*t" mug. You can check out her entire collection here, or shop some of our favorite picks below!



the "life was a willow" long sleeve

Taylor Swift Store   $40

SHOP NOW



the "tolerate it" socks

Taylor Swift Store   $15

SHOP NOW

☰  TeenVOGUE   STYLE   POLITICS   CULTURE   MORE ⌄   🔍




the "eyes full of stars" candle

Taylor Swift Store   $40

SHOP NOW

STYLE  POLITICS  CULTURE  MORE



#### the "cowboy like me" pullover

Taylor Swift Store   $49

**SHOP NOW**

Let us slide into your DMs. Sign up for the *Teen Vogue* take.

Want more from *Teen Vogue*? Check this out:

- 28 Taylor Swift *evermore* Lyrics Destined to Become Instagram Captions
- Wait — Are Taylor Swift's *folklore* and *evermore* Actually Part of a Trilogy?
- All the Hidden References in Taylor Swift's *evermore*



STYLE   POLITICS   CULTURE   MORE



WATCH
Meet the BIPOC Farmers Cultivating Green Spaces in NYC

KEYWORDS   TAYLOR SWIFT   MERCH   JEWELRY

   

The young person's guide to conquering (and saving) the world. Teen Vogue covers the latest in celebrity news, politics, fashion, beauty, wellness, lifestyle, and entertainment.

MORE FROM TEEN VOGUE

CONTACT

 STYLE   POLITICS   CULTURE   MORE

Sitemap

Accessibility Help

Reprints / Permissions

Condé Nast Store

Condé Nast Spotlight

COOKIES SETTINGS

© 2021 Condé Nast. All rights reserved. Use of this site constitutes acceptance of our User Agreement (updated as of 1/1/21) and Privacy Policy and Cookie Statement (updated as of 1/1/21) and Your California Privacy Rights. *Teen Vogue* may earn a portion of sales from products that are purchased through our site as part of our Affiliate Partnerships with retailers. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast. Ad Choices