CODY Z. WINCHESTER (7197)
JARED L. CHERRY (11534)
**PHILLIPS WINCHESTER, LLC**
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Tel: (801) 935-4932
Fax: (801) 935-4936
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| **EVERMORE PARK, LLC**, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**TAYLOR SWIFT**, an individual, **TAS RIGHTS MANAGEMENT, LLC**, a Tennessee Limited Liability Company, and **TAYLOR NATION, LLC**, a Tennessee Limited Liability Company,<br><br>　　　　Defendants. | Civil Action No.: 2:21-cv-00069<br><br>Honorable David Barlow |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Evermore Park, LLC hereby provides notice of the dismissal with prejudice of this action in its entirety.

　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　/s/ Jared L. Cherry
　　　　　　　　　　　　　　　　　　Jared L. Cherry
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## Certificate of Service

I hereby certify that the foregoing was electronically filed using the CM/ECF system, which will serve this document upon all counsel of record above listed.

/s/ Jared L. Cherry