# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| EVERMORE PARK, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TAYLOR SWIFT, an individual; TAS RIGHTS MANAGEMENT, LLC, a Tennessee Limited Liability Company; and TAYLOR NATION, LLC, a Tennessee Limited Liability Company,<br><br>　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:21-cv-00069-DBB-JCB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

　　　　Pursuant to Plaintiff's notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this matter is dismissed with prejudice.[1] Each party shall bear its own costs and attorney fees and the Clerk of Court is directed to close this case.

　　　　Signed March 25, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　David Barlow
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] ECF No. 27.